IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FOR FLORIDA
JACKSONVILLE DIVISION
300 North Hogan Street
Jacksonville, Florida 32202

Hinton, Yvonne LaVance
    Plaintiff,

CASE: 13:14-cv-759-J-39JRK

Vs.
SELECT PORTFOLIO SERVICING INC.
DEUTSCHE BANK NATIONAL TRUST
COMPANY, ELIZABETH WELLBORN ESQ.
ACCREDITED MORTGAGE LOAN TRUST
RONNIE FUSSELL Duval County Clerk
Of Courts, A.C. SOUD, AARON BOWDEN
CHARLES O. MITCHELL JR., ORTEGA BLUFF
HOMEOWNERS ASSOCIATION INC., BRIAN
CANTRELL, THE INDEPENDENT SAVINGS PLAN
COMPANY AND WORTH AVENUE FINANCING INC.,
JOHN H. RUTHERFORD, Sheriff Duval County FL, ALICE
V. GRIFFIN, Deputy Clerk of Courts, Duval County FL,

## AMENDED COMPLAINT

COME NOW, petitioner, Yvonne LaVance Hinton, sui juris and for cause of action against the defendants(s), SELECT PORTFOLIO SERVICING INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, ELIZABETH WELLBORN ESQ., ACCREDITED MORTGAGE LOAN TRUST, RONNIE FUSSELL DUVAL COUNTY CLERK OF COURTS,A.C. SOUD, AARON BOWDEN, CHARLES O. MITCHELL JR., ORTEGA BLUFF HOMEOWNERS ASSOCIATION INC., BRIAN CANTRELL, THE INDEPENDENT SAVINGS PLAN COMPANY AND WORTH AVENUE FINANCING INC.,JOHN RUTHERFORD, Sheriff Duval County FL, ALICE V. GRIFFIN, Deputy Clerk of Courts, Duval County FL would state;

COMPLAINT FOR DAMAGES. THIS INTERNATIONAL COMMON LAW LIEN LAWSUIT COMPLAINT AGAINST SELECT PORTFOLIO SERVICING INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, ELIZABETH WELLBORN ESQ., ACCREDITED MORTGAGE LOAN TRUST, RONNIE FUSSELL DUVAL COUNTY CLERK OF COURTS,A.C. SOUD, AARON BOWDEN, CHARLES O. MITCHELL JR., ORTEGA BLUFF HOMEOWNERS ASSOCIATION INC., BRIAN CANTRELL, THE INDEPENDENT SAVINGS PLAN COMPANY AND WORTH AVENUE FINANCING INC. JOHN RUTHERFORD, Sheriff Duval County FL, ALICE V. GRIFFIN, Deputy Clerk of Courts, Duval County FL et al. ………; IT'S TRUSTEE'S AND AGENT(S) FOR VIOLATION(S) FRAUD TOWARDS THE SECURED PARTY, EXECUTOR, GRANTOR OF THE DEED OF TRUST, YVONNE LAVANCE HINTON ens legis; BY BREAKING THE UNIFORM COMMERCIAL CODE, MORTGAGE LAWS, SECURED INSTRUMENTS, UNIDROIT, UNICRITIDAL, INTERNATIONAL COMMERCIAL COMMERCE FILING, BANKING EXTORTION; ON SAID AGREEMENTS (CONTRACTS); TREATIES BOTH FOREIGN AND DOMESTIC; PUBLIC LAW 73-10, HJR 192.

# Brief and Memorandum of Law
# Affidavit of Truth - Specific Negative Averment
# Actual and Constructive Notice

# Notice of RICO Crimes/FORA Violations

## Brief and Memorandum of Law

"If money is wanted by rulers who have in any manner oppressed the People, they may retain it until their grievances are redressed, and thus peaceably procure relief, without trusting to despised petitions or disturbing the public tranquility." Journals of the Continental Congress. 26 October, 1774Â ©1789. Journals 1: 105Â©13.

All government officials and agencies, including all State legislatures, are bound by the Constitution and must NOT create any defacto laws which counter the Constitution:

"This Constitution, and the laws of the United States which shall be made in pursuance thereof;... shall be the supreme law of the land; and the judges in every state shall be bound thereby... The Senators and Representatives and members of the State legislature, and all executive and judicial officers of the United States and the several States, shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding." The Constitution of the united States of America, Article VI, Cl 2, 3.

"The United States is entirely a creature of the Constitution. Its power and authority have no other source. It can only act in accordance with all the limitations imposed by the Constitution." Reid v Covert 354 US I, 1957.

**Any laws created by government which are repugnant to the Constitution carry NO force of law and are VOID:**

"The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution JTM) it is

superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it." Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886). See also Bonnett v Vallier, 136 Wis 193, 200; 116 NW 885, 887 (1908); State ex rel Ballard v Goodland, 159 Wis 393, 395; 150 NW 488, 489 (1915); State ex rel Kleist v Donald, 164 Wis 545, 552-553; 160 NW 1067, 1070 (1917); State ex rel Martin v Zimmerman, 233 Wis 16, 21; 288 NW 454, 457 (1939); State ex rel Commissioners of Public Lands v Anderson, 56 Wis 2d 666, 672; 203 NW2d 84, 87 (1973); and Butzlaffer v Van Der Geest & Sons, Inc, Wis, 115 Wis 2d 539; 340 NW2d 742, 744-745 (1983).

"Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the Constitution is void;" and the courts, as well as other departments, are bound by that instrument." Marbury v Madison, 5 US 1803 (2 Cranch) 137, 170?180, and NORTON v. SHELBY COUNTY, 118 U.S. 425.

"When an act of the legislature is repugnant or contrary to the constitution, it is, ipso facto, void." 2 Pet. R. 522; 12 Wheat. 270; 3 Dall. 286; 4 Dall. 18.

"[p]owers not granted (to any government) are prohibited." United States v. Butler, 297 U.S 1, 68 (1936).

"Insofar as a statute runs counter to the fundamental law of the land, (constitution) it is superseded thereby." (16 Am Jur 2d 177, Late Am Jur 2d. 256)

"...all laws which are repugnant to the Constitution are null and void' (Marbury v Madison, 5 US 1803 (2 Cranch) 137, 174, 170).

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." - Miranda v. Arizona, 384 U.S. 436, 491.

"The claim and exercise of a constitutional right cannot be converted into a crime." Miller v. U.S., 230 F 2d 486, 489.

"There can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights."- Sherar v. Cullen, 481 F. 945.

**To disregard Constitutional law, and to violate the same, creates a sure liability upon the one involved:**

"State officers may be held personally liable for damages based upon actions taken in their official capacities." Hafer v. Melo, 502 U.S. 21 (1991).

**I have a right to question and challenge any taxing and mortgage fraud activities by government as to their validity and legal standing:**

"Anyone entering into an arrangement with the government takes the risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of limitations upon his authority." The United States Supreme Court, Federal Crop Ins. Corp, v. Merrill, 332 US 380-388 L1947)

"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no such duty to the state, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. United States Supreme Court reminds us in Hale v. Henkel, 201 U.S. 43 (1906):

"The legal right of an individual to decrease or ALTOGETHER AVOID his/her taxes by means which the law permits cannot be doubted" --Gregory v. Helvering, 293 U.S. 465

"The fact is, property is a tree; income is the fruit; labour is a tree; income the fruit; capital, the tree; income the 'fruit.' The fruit, if not consumed (severed) as fast as it ripens, will germinate from the seed... and will produce other trees and grow into more property; but so long as it is fruit merely, and plucked (severed) to eat... it is no tree, and will produce itself no fruit." Waring v. City of Savennah. 60 Ga. 93, 100 (1878.

The point being made is that the tree (private property, land, wages, salaries, compensation) is NOT taxable, while the "fruit" (or "income" FROM said property or wages) of the tree CAN possibly be taxed, (but only according to constitutional provisions). Tax upon income derived from, say, rental property, CAN be taxed, but ONLY according to the Constitution, because the tax does NOT diminish "tree," the principal, or lessen the value of the person or property. Property taxation diminishes the "tree" itself, (the wealth of the person) thereby creating a possible situation where the tree could disappear because of the tax.

**Property Taxation in Duval County:**

Property taxation must fall within constitutional guidelines set forth for all People of our nation. To be applied other than under Constitutional parameters is to make such a law or application null and void and is a violation of our constitutional rights.

Direct taxes must be "**apportioned** among the several states which may be included within this Union". [See Article I, Section 2, Clause 3 and Article 1, Section 9, Clause 4.] These include taxes directly upon people or personal property.

"...all duties, imposts and excises [indirect taxes], shall be **uniform** throughout the United States". [See Article I, Section 8, Clause 1.]

"Apportionment" means according to the census... the actual number of people in the county or state. "Uniform throughout the United States" means the tax is the same everywhere, such as alcohol, tobacco and other excise taxes, where all Americans pay the same tax regardless of the state they are in.

"Thus, in the matter of taxation, the Constitution recognizes the two great classes of direct and indirect taxes, and lays down two rules by which their imposition must be governed, namely: the rule of apportionment as to direct taxes and the rule of uniformity as to duties, imposts and excises." ...determining that, the classification of Direct adopted for the purpose of rendering it impossible for the government to burden, by taxation, accumulation of property, real or personal, except subject to the regulation of apportionment..." Pollock v. Farmers' Loan &amp; Trust Co. 158, U.S. 601, at 637 (1895).

"The name of the tax is unimportant that it is the substance and not the form which controls;' that the limitations of the constitution cannot be 'frittered away' by calling a tax indirect when it is in fact direct." Pollock v. Farmers' Loan and Trust Co., 157 U.S. 429, 580?1, 583 (1895.

"That decision affirms the great principle that what cannot be done directly (direct taxation) because of constitutional restriction cannot be accomplished indirectly by legislation which accomplishes the same result." Fairbanks v. U.S. 181 U.S. 283, 294 (1901).

"If it be true by varying the form the substance may be changed, it is not easy to see that anything would remain of the limitations of the constitution, or of the rule of taxation and representation, so carefully recognized and guarded in favor of the citizen of each state. But constitutional provisions cannot be thus evaded. It is the substance, and not the form, which controls, as has been established by repeated decisions of this court." Id. At 296.

The Constitution of the United States of America and Case law shows that capitation taxes and taxes on my personal private property are in the category of direct taxes as being applied to me today by Duval County, but which must be apportioned among the States as required by the United States Constitution if it is a direct tax. (See Supreme Court Case law - Penn Mutual Indemnity Co. v. C.I.R., 277 F.2d 16, 19-20 (3rd Cir. 1960); Steward Machine Co. v. Davis, 301 U.S. 548, 581-582 (1937)).

The Constitution of the United States of America and Case law shows that since capitation taxes and taxes on my personal private property must be apportioned among the States in accordance with the United States Constitution, and my personal private property tax is NOT being legally apportioned among the States (or Florida state) by Duval County, they must, therefore, be in the category of indirect taxes, which are taxes imposed on the happening of an event or activity.

"Direct taxes bear immediately upon persons, upon possessions and enjoyments of rights. Indirect taxes are levied upon the happening of an event..." Knowlton v. Moore. 178 U.S. 41. See also, Tyler v. United States, 281 U.S. 497, at 502 (1930)

"A tax laid upon the happening of an event as distinguished from its tangible fruits, is an indirect tax..." Tyler v. U.S. 497 at pg 502 (1930)

"A tax levied upon property because of its ownership is a direct tax, whereas one levied upon property because of its use is an excise, duty or impost." Manufactures' Trust Co. vs. U.S., 32 F. Supp. 289.

"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution." Murdock vs. Com. of Penn., 319 US 105, at 113; 63 S Ct at 875; 87 L Ed at 1298 (1943)

All Citizens have the right to a home and personal property, and this property cannot be taxed unless in accordance with the two forms of Constitutional taxation mentioned above.

"Keeping in mind the well settled rule that the citizen is exempt from taxation, unless the same is imposed by clear and unequivocal language, and that where the construction of a tax is doubtful, the doubt is to be resolved in favor of those upon whom the tax is sought to be laid." Spreckles Sugar Refining Co. vs. McLain: 192 US 397.

In Duval County records or documentation, I do not find any tax imposed on any activities I am involved in as rights under the Constitution, nor do I find a section in the Florida Revised Statutes or county law that makes me subject to or liable for any direct or indirect, unconstitutionally applied private property tax.

# Affidavit of Truth - Specific Negative Averment

**I am making a request for documents under the FLORIDA PUBLIC (OPEN) RECORD ACT (FORA) regarding the following:**

**1.** What are some the Instruments, Documents or Articles of Evidence *lawfully needed and necessary* for the Banks, the Loan Officers, the Debt Collectors, or for the *sponsoring* Corporate City of Philadelphia, to enter into *'Evidence'* before *competent* judicial Court(s) *'Moved'* to sanction the *'Writs of Execution'* or any other *Actions* used to seize or to claim confiscation - ownership of the Homeowner(s) private properties? Are you aware of the existence of such *requisite* Instruments? Were you given certified copies of any of these Instruments *before* the *Action(s)* were commenced? Did you, the Homeowner(s) or Borrower(s) publicize a *claim* for your *undisclosed Estate(s)* or

*(Trusts)* or were you given the opportunity to *Discharge* the *alleged* Debts? Did proper sanctioning Courts and the Sheriff rightly examine and investigate the following *(for the Record)* as *required* by *due process*?

**a.)** Submission of *Original Promissory Note(s)* (front and back). _____.

**b.)** Submission of every *Allonge* (front and back). _____.

**c.)** Shown to the Court(s) *evidentiary proof* of the true *Holder(s)* and filed Documented *proof* of Authority for someone to '*Represent*' or to '*Act*' for the *lawfully - verified* and *reachable* Holder(s). _____.

**d.)** Is First Name Middle Name Last Name **(YVONNE LAVANCE HINTON)** the Debtor? ---------------

**e.)** Is Last Name, First Name Middle Name **(Hinton, Yvonne LaVance)** the Creditor?--- --------

**f.)** Isn't the bank an intermediary between **(YVONNE LAVANCE HINTON and Hinton, Yvonne LaVance)**? --------------- And is it not true that the signature of YVONNE LAVANCE HINTON authorizes the bank as trustee to commandeer the funds from Public, John Quincy's Fide Commissary?

Yes _____. No _____. I Don't Know _____.

**2.** The word, *Mortgage* means, '*Dead Pledge*'! Affirm for the record what is '*dead*' about a *Mortgage* and '*who*' is the *Pledge*?

I Knew The Meaning of A Mortgage._____.

I Did Not Know. _____.

The _____ is '*Dead*'. _____ is the '*Pledge*'.

I Do Not Know Who The *Pledge* Is. _____.

**3.** Name the *Person* or *Party* that issued the MORTGAGE, and is that Party *lawfully documented and identified* as the present HOLDER(s) of the alleged LOAN or PROMISSORY NOTE?

The Verified Holder is: _____.

I Don't Know _____.

**4.** Did the Bank Representative, Loan Officer or PARTY issuing the LOAN, sell the MORTGAGE / LOAN to another PARTY? If so, how soon after, were the MORTGAGE / LOAN sold after their initial issue? Were you, the Borrower, informed of a sale?

Yes _____. No _____.

**5.** How much MONEY (*Specie*) did the Bank Representative(s) or Loan Officer(s) place in the hand of the alleged Borrower? Did a physical transaction of any MONEY (specie) from the Lender to the Borrower ever take place during the commencement or execution of the MORTGAGE agreement contract?

Yes _____. No _____.

How Much Money (*Specie*) Was Given? _____.

**6.** Did the Bank Representative(s) or Loan Officer(s) give the alleged Borrower any tangible thing at all, other than to give to the alleged borrower a copy of the *Promissory Note* Contract?

Yes _____. No _____.

**7.** Did the Bank Representative(s) or Loan Officer(s) sign the MORTGAGE CONTRACT (*with a wet-ink signature*) at the time of the execution of the Loan Contract, <u>to seal the deal</u> with the alleged Borrower?

Yes _____. No _____.

**8.** Did the Bank Representative(s) or Loan Officer(s) inform the Borrower that he or she (the Lender) was planning to, or that he or she (the Lender) was authorized by the Borrower(s), to open up or to establish a *TRUST ACCOUNT* in the Borrower's name(s)?

Yes _____. No _____.

**9.** Did the Bank Representative(s) or Loan Officer(s) give you (the Borrower), the original or a certified copy of the <u>DEED OF TRUST</u>?

Yes _____. No _____.

**10.** Did the Bank Representative(s) or Loan Officer(s) (*at any time during the construction of the Mortgage or Agreement*) say that you, the Borrower, *bequeaths* or *donates* your home or property as a GIFT (*de donis*) to the Bank Representative(s) or Loan Officer(s)? Was the subject of the home or property (as a *gift* to them) ever discussed?

Yes _____. No _____.

**11.** Did you, the alleged Borrower(s), receive any MONEY (specie) derived from any benefits generated by the 'DEED OF TRUST' or by any other Agreement(s) from the Bank Representative(s) or Loan Officer(s)?

Yes _____. No _____.

**12.** Did the Bank Representative(s) or Loan Officer(s) receive any MONEY or BENEFITS from, or have access to money derived from, the DEEDS OF TRUST and informing the Borrower(s), of such transactions?

Yes _____. No _____. I Don't Know _____.

**13.** Did the Bank Representative(s) or Loan Officer(s) inform you, the Homeowner(s), about <u>the type of TRUST</u> that was created in your name(s)? Is it a <u>*Cestui Que Trust*</u>?

Yes _____. No _____. I Don't Know _____.

Is it a <u>*Cestui Que Use Trust*</u>?    Yes _____. No _____. I Don't Know _____.

Is it a <u>*Cestui Que Vie Trust*</u>?    Yes _____. No _____. I Don't Know _____.

**14.** Did the Bank Representative(s) or Loan Officer(s) at any time, make any verbal or written TRUST REPORTS to you, the alleged Borrower(s)? Did the Trustee(s) mention '*Reconveyance*' to you?

Yes _____. No _____.

**15.** Are the Bank Representative(s) or Loan Officer(s) the proven and legitimate HOLDERS of the MORTGAGES, or are they acting with deceit and *Arbitrary* when, in fact, <u>they are not the true HOLDERS</u>? Are they seeking to opportunistically Claim private properties under some undisclosed 'Rules of ABANDONMENT' of the Deeds of Trust, of which the Borrowers were not informed?

Yes _____. No _____. I Don't Know _____.

**16.** Did verified, competent Courts and the Sheriff examine and investigate the Instruments entered into the PUBLIC RECORD by the Bank Representative(s) or Loan Officer(s) before initiating or *moving* to grant FORECLOSURE Orders and WRITS OF EXECUTION? Were the Homeowners informed by the *Trustee(s)* or *Feoffer(s)* prior to the Foreclosure Actions, or about the *Trustee's* plan to sell the *Deeds of Trust*? Yes _____. No _____. I Don't Know _____.

**17.** Are there any other unidentified Assigns, Parties, Trustees, Feoffers, Trusts, or associated Instruments, about whom or which the Homeowner(s) or property owner(s) should be informed by *Disclosure*?

Yes _____. No _____. I Don't Know _____.

**18.** Do the Homeowners, whose names were placed on undisclosed TRUSTS by the Bank Representative(s) or Loan Officer(s), have access to, or have Beneficiary Rights of Emoluments or Possession to, the *profits* generated by the Deeds of Trust?

Yes _____. No _____. I Don't Know _____.

**19.** Do you, or did you, the Homeowner or property owner, plan or intend to ABANDON your *Home* or *Private Property* or to *sell* the Deed of Trust?

Yes _____. No _____.

**20.** Did the Bank Representative(s) or Loan Officer(s) threaten, coerce, pressure, or by some other manner or influence, tell, or encourage you, (the Homeowner) to ABANDON your Home, Private Property, or Deed of Trust?

Yes _____. No _____.

### AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

SELECT PORTFOLIO SERVICING INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, ELIZABETH WELLBORN, ESQ. ACCREDITED MORTGAGE LOAN TRUST, RONNIE FUSSELL (DUVAL COUNTY CLERK OF COURTS), A.C. SOUD, AARON BOWDEN, CHARLES O. MITCHELL JR., ORTEGA BLUFF HOMEOWNERS ASSOCIATION INC., BRIAN CANTRELL, THE INDEPENDENT SAVINGS PLAN COMPANY AND WORTH AVENUE FINANCING INC., JOHN H. RUTHERFORD (SHERIFF DUVAL COUNTY FLORIDA) ALICE V. GRIFFIN (DEPUTY CLERK OF COURTS DUVAL COUNTY FLORIDA) HEREIN AND FROM NOW ON WILL BE REFERRED TO AS THE "DEFENDANTS". PLAINTIFF RECEIVED DOCUMENTATION BY U.S. MAIL COMING FROM THE US DISTRICT COURT STATING THAT HER CASE WAS DISMISSED FOR FAILURE TO COMPLY WITH JUDGE BRIAN J. DAVIS ORDER TO FILE AN AMENDED COMPLAINT ON JULY 2, 2014. HOWEVER, ON THIS DAY, PLAINTIFF WAS VIOLATED BY ORDER FROM THE DEPUTY CLERK OF COURT ALICE V. GRIFFIN THAT LED TO HER EVICTION BY THE SHERIFF'S DEPARTMENT AND LOSS OF ALL PROPERTY AND POSSESSION. DEPUTY CLERK ALICE V. GRIFFIN IN THE CIRCUS COURT OF DUVAL COUNTY, CASE# 16-2008-CA-015500-XXXX-MMA  ORDERED A WRIT OF POSSESSION IN FAVOR OF THE PLAINTIFFS REGARDING CASE#16-2008-CA-015500-XXXX-MMA, WHILE PLAINTIFF Hinton, Yvonne LaVance CASE# 3:14-cv-759-J-39JRK HAS AN ACTIVE CASE IN US DISTRICT COURT, ORDERING JACKSONVILLE SHERIFF'S OFFICERS TO COMMIT THE CRIMES OF BURGLARY, AND GRAND THEFT / LARCENY SUBJECTING HER TO SEVERE TRAUMA OF TERRORISM MENTALLY, PHYSICALLY AND FINANCIALLY.  THESE ACTS OF BREAKING INTO HER HOME, MOVING ALL OF HER POSSESSIONS OUT OF HER HOME, PUTTING HER HOME ON LOCKDOWN BY CHANGING THE LOCKS AND DENYING ACCESS TO HER AUTOMOBILE IN HER PARKING LOT IS A VIOLATION OF DUE PROCESS OF LAW ACCORDING TO THE 4TH AMENDMENT TO THE CONSTITUTION FOR THE UNITED STATES OF AMERICA. *The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but*

*upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.* EVEN TO THIS DAY, PLAINTIFF OF CASE#3:14-cv-759-J-39JRK IS HOMELESS AND WITHOUT ALL OF HER POSSESSIONS FOLLOWING THE WRIT OF POSSESSION ORDERED BY DEFENDANTS RONNIE FUSSELL CLERK OF DUVAL COUNTY CIRCUS COURT/ DEPUTY CLERK ALICE V. GRIFFIN AND EXECUTED BY SHERIFF JOHN A. RUTHERFORD AND JACKSONVILLE SHERIFF'S OFFICER DEPUTIES WHO STOLE ALL PROPERTY FROM PLAINTIFF.

VIOLATIONS OF TITLE 18 USC 1001 **(a)** Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

**(1)** falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

**(2)** makes any materially false, fictitious, or fraudulent statement or representation; or

**(3)** makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

Return monies extorted from Hinton, Yvonne :LaVance.

Under TERRORISM, RACKETEERING, THREAT, DURESS AND INCLUDING COERCION of a National Indigenous Citizen of the republic , VIOLATION OF OATH OF OFFICE OF THE Constitution OF THE UNITED STATES OF THE REPUBLIC OF 1787

## Actual and Constructive Notice

This is actual and Constructive Notice that I believe this to be criminal activity against me personally and I am requesting legal rebuttal, point by point, of these positions, or it will be presumed to be a correct assessment of my personal situation.

If not contested, a refund of all monies paid during ownership, with compensatory damages (or agreeable settlement), will be expected no later than 30 days from date of this document, or 5% interest rate per month will accrue on total as outlined above. The application of force or coercion in any way which counters the supreme law of the land, and which extracts financial consideration from me, under the color of law, is criminal conversion and fraud under UCC laws, Common Law, and is a violation of the Racketeering (RICO) laws.

Finally, the auction or sale of private or business property for presumed past due property taxes without a court order and hearing is a direct violation of Due Process, and a civil right violation upon whom it occurs. Those involved with such an illegal sale without a legal judgment via a court hearing, with all facts being adjudicated, are parties to this criminal activity and can be held personally liable for RICO and civil rights violations. This includes parties who may purchase said property, as accomplices in said action, as ignorance of the law is no excuse.

The Supreme Court ruled that Municipalities cannot exert any acts of ownership and control over property that is not OWNED by them, see Palazzolo v. Rhode Island 533 US 606, 150 L.Ed. 2d 592, 121 S.Ct. ___(2001) (no expiration date on the taking clause for City's illegal enforcement of its

Codes on the man's private property and restricting the man's business), affirming both Lucas v South Carolina Coastal Council, 505 US 1003, 120 L.Ed. 2d 798 (1992).(butterfly activists and Code Enforcement cannot restrict development of the man's private swampland unless they lawfully acquire the land FIRST, surveying with binoculars constitutes a "takings"), and Monterey v. Del Monte Dunes, 526 US 687 (1999), 143 L.Ed. 2d 882 S.Ct.____ (1998).

In the Monterey case, the California private property owner was awarded $8 million for Code Enforcement's illegal trespass and restriction of his business, and another $1.45 million for the aggravation of a forced sale.

Federal Law also prohibits Cities and Counties from issuing citations against businesses, see Title 18 U.S.C.891-896, quoting Section 891 "An extortionate means is any means which involves the use, or an express or implicit threat of use, of violence or other criminal means to cause harm to the person, reputation, or property."

## Notice of Possible RICO Crimes

Assessor's office actions in demanding and unconstitutionally enforcing property tax code against me is in violation of my civil rights and is in violation of the Racketeering (RICO) laws, fulfilling the four requirements for a RICO crime to exist as follows:

a). Association **In Fact**; two people acting together (knowingly or unknowingly) which affects Interstate Commerce...

The actions in activities and enforcement clearly constitute financial fraud, which is supported by multiple layers of "associations" with the primary intent of taking assets from citizens and profiting the government. This need only be $1.00 in loss to fulfill this requirement.

b). Two or more similar acts of fraud, mail fraud or extortion having occurred...

The actions have been ongoing, as proven by the ongoing efforts by the Assessor's office yearly. In addition, mail fraud, a Federal Crime, is also involved with this scheme by the use of the postal system to extract finances unlawfully.

c). Money or property deprivation...

This is self evident in Assessor's office correspondence, demands, printed material, court proceedings, etc.

d). Pattern is likely to continue.

Pattern has been continuing for many decades and is growing worse. The only way it will stop is for the Rule of Law to be enforced and for constitutional rights to be enforced... In other words, oaths of office must be obeyed and not violated, creating even more criminal events in the way of treason against the American People.

See also 18 USC Sec. 241 01/19/04 TITLE 18- CRIMES AND CRIMINAL PROCEDURE - PART I - CRIMES CHAPTER 13 - CIVIL RIGHTS Sec. 2414 ***Conspiracy against rights.*** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same. . . They shall be fined under this title or imprisoned not more than ten years, or both;

## FORA Violation Legal Notice

Failure to respond within 30 days to this Florida Open Records Act request, or supplying incomplete, misleading, or errant responses, is punishable under CRS 24-72-201 et seq., by a $100.00 fine, 90 days in jail, or both, for EACH infraction. This is Evidence in Fact for any court proceedings.

If no rebuttal, point by point, is forthcoming within 30 days from the date of receipt, you will be in default and all testimony and evidence will be held as true and correct.

Payment of assessed taxes will be under duress and protest, and legal action will be taken against you personally, and against your superiors personally for civil rights violations, and RICO violations.

**Corporate STATE and FEDERAL <u>COURTS, SHERIFF'S OFFICE/POLICE DEPARTMENTS, MORTGAGE COMPANIES, ATTORNEYS</u>:**

As a STATE OF FLORIDA chartered corporation, they have failed to supply the following Tax documents 1099-B's and 1099-OID's as required by the forms and laws. Their usage of my signature on wagering monetary instruments, allowing secret liens and bonds against my assets, held in the Central Treasury Bank of America. This is an Organized Crime because it is not an isolated failure but has been setup and operated under the guiding hands of some Corrupt Public/Political controllers, the STATE OF FLORIDA AND INVOLVING STATES Corporation and others. The Wagering Monetary Instruments were the signed Mortgage Agreements and Court documents which allowed the placement of secret liens against the SSN account and Treasury assets, then Bonds (up to 35X) were written to complete their Court Banking Wagering contracts.

3949A's have been submitted to the CID, the Treasury Inspector General, IRS Chief Counsel and the Attorney General against the Federal and State chartered corporations for their failure to supply one of the American "We the People" with our Shareholders/Owners tax (usage fee) documents so we could properly claim our RETURNS on the 1040's

Thank you for your speedy response in helping me to understand my legal and constitutional rights on this issue.

All Specific Rights are explicitly reserved, without prejudice, U.C.C. 1-207/308.

/s/ Hinton, Yvonne LaVance 2CC1-308

Hinton, Yvonne LaVance, 4150 Belfort Road, Post Office Box 551546 Jacksonville, Florida 32255

**Property Legal description: RE: 026143-0000**
LOT 25, ORTEGA BLUFF UNIT ONE, ACCORDING TO PLAT THEREOF AS RECORDED IN PLAT BOOK 48, PAGE 27, 27A THROUGH 27E, OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY FLORIDA.
a/k/a 8150 S. KILKELLY LANE, JACKSONVILLE, FLORIDA 32244

CC: U.S. Attorney General Eric Holder - certified mail# 7011 1570 0001 5150 8659
State of Florida Attorney General - certified mail# 7011 1570 0001 5150 8666
United Nations Office at Geneva Switzerland certified mail# 7011 1570 0001 5150 8673
The Honorable Marcia Morales Howard- certified mail# 7011 1570 0001 5150 8680
Sheriff John H. Rutherford certified mail# 7013 3020 0000 2820 8479
U.S. Provost Marshall General certified mail# 7011 1570 0001 5150 8697

CC: 3949A's
IRS Criminal Investigation Department certified mail# 7010 1670 0002 2833 9841
Eric Thorson, Treasury Inspector General certified mail# 7013 3020 0000 2820 8134
William J. Wilkins, IRS Chief Counsel certified mail# 7013 3020 0000 2820 8127

I declare under penalty of perjury that the identified aboriginal/ indigenous individual, Hinton, Yvonne LaVance, appeared before me and is personally known to me and acknowledged this document before me on;

Date: 8/14/14    /s/
Candia Y Williams    (NOTARY PUBLIC'S JURAT)
UCC 1-308




CANDIA V. WILLIAMS
MY COMMISSION # EE 041297
EXPIRES: November 11, 2014
Bonded Thru Notary Public Underwriters